IN the Matter of the Application of WILLIAM EINSTEIN et al., as Administrators with the Will Annexed of the Estate of LEWIS EINSTEIN, Deceased, Appellants, for Payment of Awards Made in Proceedings to Open Debevoise Avenue in the Borough of Queens.

THE COMPTROLLER OF THE CITY OF NEW YORK, Respondent.

*Matter of Einstein*, 150 App. Div. 856, affirmed.
(Submitted April 14, 1913; decided April 29, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 9, 1912, which reversed so much of an order of Special Term as directed payment of awards in street opening proceedings, with interest from the date of the commissioners' report to six months after confirmation.

*Merle I. St. John* for appellants.

*Archibald R. Watson, Corporation Counsel (Joel J. Squier* and *George E. Draper* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.